■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZOANTRY WALKER, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 1, 1977, unanimously affirmed. No opinion. Order filed March 6, 1979. Concur—Murphy, P. J., Kupferman, Birns, Fein and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v RODNEY BROWN.— Motion to amend remittitur granted as indicated in the order of this court. Concur—Kupferman, J. P., Birns, Evans and Lane, JJ.

■ In the Matter of MARY NEW et al., v NEW YORK STATE BOARD OF SOCIAL WELFARE et al.—Motion for reargument denied, and leave granted to petitioners, *sua sponte*, to appeal to the Court of Appeals. Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ.

## (March 15, 1979)

■ CHEMICAL BANK, Respondent, v WILLIAM C. HAAS et al., Appellants. —Appeal from order and judgment, Supreme Court, New York County, entered on September 19, 1978 and September 22, 1978, respectively, withdrawn, without costs and without disbursements to any of the parties. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Fein and Lupiano, JJ.

■ PAUL RODRIGUEZ, an Infant, by His Mother and Natural Guardian, ALICIA RODRIGUEZ, et al., Appellants, v MIDDLE ATLANTIC AUTO LEASING, INC., et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on May 11, 1978, unanimously affirmed, without costs and without disbursements; appeal from order of said court, entered on May 1, 1978, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Sullivan, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JAMES, Also Known as JAMES WHITTEN, Appellant.—Judgment, Supreme Court, New York County, rendered on May 9, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY BURROUGHS, Appellant.—Judgment, Supreme Court, New York County, rendered on February 28, 1977, unanimously affirmed. Appellant has been afforded ample time in which to file a supplemental brief, but has failed to avail himself of that opportunity. No opinion. Concur—Kupferman, J. P., Evans, Sandler, Lane and Markewich, JJ.